LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (415) 228-5351
E-mail: Shapiro.lara@gmail.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorney for Plaintiff,
Jack Patterson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jack Patterson,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>California Recovery Systems, Inc., et. al.,<br><br>　　　　　Defendants. | Case No.:  2:11-cv-00312-WBS -GGH<br><br>**VOLUNTARY DISMISSAL OF COMPLAINT PURSUANT TO FRCP 41(A)(1)(A)(I)** |

1  Plaintiff, through his counsel, voluntarily dismisses his Complaint **without**
2  prejudice pursuant to FRCP 41(a)(1)(A)(i).

DATED: March 4, 2011                    LARA SHAPIRO

_____

*/s/ Lara Shapiro*

Attorney for Plaintiff
Jack Patterson